UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES L. CROOKER,<br><br>　　　　　　　　Defendant. | NO:  1:16-CR-2055-RMP<br><br>PRELIMINARY ORDER OF FORFEITURE |

IT IS HEREBY ORDERED THAT:

As the result of the Defendant's guilty plea to Count 1 of the Superseding Indictment, charging Defendant with Production of Child Pornography in violation of 18 U.S.C. § 2251(a) for which the United States sought forfeiture of assets pursuant to 18 U.S.C. § 2253, Defendant, JAMES LEE CROOKER, shall forfeit to the United States any property, real or personal, used to or intended to be used to commit or promote the commission of such offense or any property traceable to such property.

PRELIMINARY ORDER OF FORFEITURE ~ 1

The Court has determined, based upon the Defendant's guilty plea and facts included in his plea agreement, that the LG cellular telephone, IMEI 357885076964975 is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2253, and that the United States has established the requisite nexus between the cellular phone and such offense.

Upon the issuance of a Preliminary Order of Forfeiture and pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), the United States will post notice of the order on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

The United States will also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253, for the filing of third party petitions.

If no third party files a timely claim, the United States will file a motion requesting that this Order become the Final Order of Forfeiture or present an order for entry at sentencing.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** March 28, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge